(Reap. Dec. 10789)

ARNOLD SCHWINN & CO. *v.* UNITED STATES

Entry No. 13502, etc.

(Decided July 8, 1964)

*Spray, Price, Townsend & Cushman* for the plaintiff.
*John W. Douglas*, Assistant Attorney General, for the defendant.

OLIVER, Chief Judge: The appeals for reappraisement enumerated in schedule "A," hereto attached and made a part hereof, involve certain bicycle parts which were exported from Western Germany during the period from November 16, 1960 to December 26, 1962.

Stipulated facts, upon which these appeals are before me, establish that the proper basis for appraisement of the items in question is statutory export value and that such value therefor is as follows:

| Merchandise | Period of time | Price |
|---|---|---|
| Spokes 14G over 8¼″ | 3/29/61–8/15/61 | $4.70 per M |
| Spokes 15G over 8¼″ | 3/3/61–7/6/61 | 4.31 per M |
| Spokes 15G up to 8¼″ | 3/3/61–7/6/61 | 4.25 per M |
| Spokes 14G from 10″ to 12½″ | 5/21/62–6/26/62 | 4.38 per M |
| Spokes 15G from 2½″ to 7³¹⁄₃₂″ | 1/29/62–3/6/62 | 3.65 per M |
| Spokes 15G from 8″ to 9³¹⁄₃₂″ | 1/29/62–6/25/62 | 3.85 per M |
| Hub 512b | 11/12/62–12/26/62 | .392 each |
| Hub 742b | 10/10/60–10/30/61 | .235 each |
| Pedal 258J | 3/16/61–5/3/61 | .35 per pair |
| Pedal 258M | 10/10/60–8/15/61 | .36 per pair |
| Pedal 159K | 1/29/62–3/29/62 | .253 per pair |
| Pedal 158J | 10/10/60–11/16/60 | .33 per pair |
| Pedal 158M | 10/10/60–11/16/60 | .34 per pair |

As to all other merchandise included on the invoices covered by the entries involved herein, the appeals for reappraisement have been abandoned. They are, therefore, dismissed as to all items except those hereinabove enumerated.

Judgment will be rendered accordingly.